**STATE of Missouri, Respondent,**

v.

**Gary LAWRENCE, Appellant.**

**No. WD 37243.**

Missouri Court of Appeals,
Western District.

April 15, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied
May 22, 1986.

C. Brooks Woods, Jackson, Dillard, Brouillette, Weisenfels, Phillips & Wood, P.C., Kansas City, for appellant.

R. Brent Elliott, Chillicothe, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from bench-tried convictions of resisting arrest, § 575.150 (1978), and assault in the third degree, § 565.070 (1978), and sentences of thirty and sixty days in the county jail, to be served consecutively.

Judgment affirmed. Rule 30.25(b).